Robert Mackey (SBN 125961)
LAW OFFICES OF ROBERT MACKEY
16320 Murphy Road
Sonora, CA 95370
Tel: 412-370-9110
bobmackeyesq@aol.com

Attorney for Plaintiffs and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNABEL KADY and ALEXYS TAYLOR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OPENCARE, INC.,<br><br>Defendant | Case No. 4:25-cv-05037-KAW<br><br>**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT OPENCARE, INC.'S MOTION TO DISMISS**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT OPENCARE, INC.'S**

**MOTION TO DISMISS**

Plaintiffs Annabel Kady and Alexys Taylor ("Plaintiffs"), through their undersigned counsel, for the reasons stated herein, oppose Defendant Opencare Inc.'s ("Opencare") Motion to Dismiss and further states:

On June 13, 2025, Plaintiffs filed their Class Action Complaint. Plaintiff's Class Action Complaint alleges improper sharing of Opencare clients' sensitive health information with various third parties.

On December 12, 2025, pursuant to two joint stipulations to extend time to respond, Opencare filed its Motion to Dismiss [D.E. 28] (the "Motion").

Plaintiffs strongly oppose the arguments raised in the Motion. However, based on some of

the arguments raised, and additional facts gathered, pursuant to Federal Rule of Civil Procedure 15, Plaintiffs will be amending the complaint as of right to address many of the arguments raised therein. Pursuant to Fed. R. Civ. P. 15 said amendment is to be filed within 21 days after service of Opencare's Motion, or January 2, 2025.

Accordingly, Plaintiffs oppose the Motion but will file an amended complaint on or before January 2, 2025, as a matter of right. Therefore, Opencare's Motion is moot.

Respectfully submitted,

DATED: December 24, 2025

By: */s/ Robert Mackey*

Robert Mackey (SBN 125961)
bobmackeyesq@aol.com
**LAW OFFICES OF ROBERT MACKEY**
16320 Murphy Road
Sonora, CA 95370
Tel: 412-370-9110

Attorney for Plaintiffs and the Putative Class

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed as an attorney in this matter.

On December 24, 2025, I served true copies of the following document(s) described as:

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT OPENCARE, INC.'S MOTION TO DISMISS**

on the interested parties in this action as follows:

**[X] By CM/ECF**: I electronically transmitted a true copy of said document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to each CM/ECF registrant's electronic address, as disclosed with the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 24, 2025, at Costa Mesa, California.

/s/ *Robert S. Mack*ey