United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANNABEL KADY, et al.,

Plaintiffs,

v.

OPENCARE, INC.,

Defendant.

Case No. 4:25-cv-05037-KAW

ORDER TERMINATING MOTION TO DISMISS

Re: Dkt. Nos. 28, 31

On December 12, 2025, Defendant Opencare, Inc. filed a motion to dismiss Plaintiffs' initial complaint. (Dkt. No. 28.) On January 2, 2026, Plaintiffs filed an amended complaint. (Dkt. No. 31.)

Under Rule 15(a)(1)(B), a party may amend its pleading once as a matter of course within 21 days of being served with a motion under Rule 12(b). The amended complaint was filed within 21 days after service of the 12(b)(6) motion. Accordingly, the Court terminates the pending motion to dismiss, as the operative complaint is now the amended complaint.

IT IS SO ORDERED.

Dated: January 5, 2026

KANDIS A. WESTMORE
United States Magistrate Judge